UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

N CHERRY ELECTRICAL (PTY) LTD, a
South African Corporation, and TALISA
WATER (PTY) LTD

    Plaintiff,                                                                              Case No: 1:19-CV-23382-BB

v.

WAYNE R. FERREIRA,
HENRI-JAMES TIELEMAN,
and ECOLOBLUE, INC.,

    Defendants.
_____/

## NOTICE OF JOINT LIABILITY AS TO DEFENDANTS

Pursuant to Court's Order on Default Final Judgment Procedure [DE #16], N CHERRY ELECTRICAL (PTY) LTD, a South African Corporation, and TALISA WATER (PTY) LTD ("Plaintiffs"), respectfully submit this Notice of Joint Liability as to Defendants WAYNE R. FERREIRA ("Ferreira"), HENRI-JAMES TIELEMAN ("Tieleman"), and ECOLOBLUE, INC., (the "Default Defendant"), and in support states as follows:

1. On August 13, 2019, Plaintiffs filed their Complaint. [DE #1].

2. Plaintiffs allege that Ferreira, Tieleman, and the Default Defendant, are jointly and severally liable for damages to Plaintiffs pursuant to their Fraudulent Inducement Count III [DE #1 at ¶¶ 66-74]; Negligent Misrepresentation Count IV [DE #1 at ¶¶ 75-83]; Fraudulent Inducement Count V [DE #1 at ¶¶ 84-91]; Negligent Misrepresentation Count VI [DE #1 at ¶¶ 93-100]; Civil Conspiracy Count VII [DE #1 at ¶¶ 102-104]; Violation of Chapter 501, Fla. Stat., Florida's Deceptive and Unfair Trade Practices Act Count VIII [DE #1 at ¶¶ 105-110]; Unjust Enrichment Count X [DE #1 at ¶¶ 168-175].

3. The Default Defendant failed to answer the Complaint and a Clerk's Default was entered against it [DE #15]. As of the time of filing this Notice, the Default Defendant has not formally appeared or otherwise defended against this action.

4. As of the time of filing of this Notice, Ferreira and Tieleman have not been served. Plaintiffs continue to diligently attempt to serve them.

5. As Ferreira, Tieleman, and the Default Defendant are jointly and severally liable for damages alleged in the Complaint, their liability must be resolved before Plaintiffs can move for entry of default final judgment.

Dated: November 26, 2019

Respectfully submitted,

LUBLINER LAW PLLC
1645 Palm Beach Lakes Boulevard
Suite 1200
West Palm Beach, Florida 33401
Telephone: (561) 207-2018
Facsimile: (561) 207-2001
rich@lubliner-law.com
nathan@lubliner-law.com
carolina@lubliner-law.com

BY:   */s/ Richard S. Lubliner*
Richard S. Lubliner
FBN: 0047741