UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 19-cv-23382-BLOOM/Louis**

N CHERRY ELECTRICAL (PTY) LTD, a
South African Corporation, and TALISA
WATER (PTY) LTD,

      Plaintiffs,

v.

WAYNE R. FERREIRA,
HENRI-JAMES TIELEMAN,
and ECOLOBLUE, INC.,

      Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Federal Rule of Civil Procedure 4(m) requires service of the summons and complaint to be perfected upon defendants **within 90 days** after the filing of the complaint. Plaintiff filed this action on August 13, 2019, *see* ECF No. [1], generating a November 11, 2019, service deadline. On September 13, 2019, the Court entered an Order directing Plaintiff to file proof of service within seven (7) days of perfecting service upon Defendants. *See* ECF No. [8]. The Order further stated that "[f]ailure to effectuate service of a summons and the complaint on Defendants by the stated deadline will result in dismissal without prejudice and without further notice." *Id.* On November 11, 2019, Plaintiff submitted a notice establishing that Defendant Ecoloblue, Inc. was served on August 23, 2019. ECF No. [9]. Further, on November 12, 2019, the Court granted an extension of time within which to effectuate service on Defendants Wayne Ferreira and Henri-James Tieleman. ECF No. [12]. To date, Plaintiff has not filed proof of service as to Defendants Wayne Ferreira or Henri-James

Case No. 19-cv-23382-BLOOM/Louis

Tieleman or shown good cause. In addition, there is no evidence in the record of any factor that would otherwise justify a permissive extension of time to serve absent a showing of good cause — such as expiration of the applicable statute of limitations, or that Defendants are evading service or concealing a defect in attempted service.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendants Wayne Ferreira or Henri-James Tieleman are **DISMISSED WITHOUT PREJUDICE** for failure to timely serve.
2. Each party shall bear its own attorneys' fees and costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 26, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record